JOHN L. BURRIS, Esq. SBN 69888
DEWITTT M. LACY, Esq. SBN 258789
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
Email: dewitt.lacy@johnburrislaw.com

TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: LDonohoe@esm.com

Attorneys for Defendants
COUNTY OF ALAMEDA and DEREK THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacori Calhoun,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | **CASE NO.: 4:15-cv-02490-DMR**<br><br>**STIPULATION TO CONSOLIDATE PURSUANT TO FRCP 42(a)** |

1
STIPULATION TO CONSOLIDATE PURSUANT TO FRCP 42(a)
　　　CASE NO.: 4:15-cv-02490-DMR and CASE NO.: 3:15-cv-04896-JST

| | |
|---|---|
| M.C., by and through his guardian ad litem, ARION GUILLORY | **CASE NO.: 3:15-cv-04896-JST** |
| Plaintiff, | |
| vs. | |
| COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA Sheriff's Department; and DOES 1-10, inclusive, individually and in their official capacities as deputies for the COUNTY OF ALAMEDA Sheriff's Department, jointly and severally, | |
| Defendants.          / | |

IT IS HEREBY STIPULATED by and between the parties to these actions through their designated counsel that the above captioned actions be and hereby are consolidated for all purposes.

*Hives v. County of Alameda, et al*. Case Number: 4:15-cv-02490-DMR was the first filed complaint.

See Order Continuing Settlement Conference (Docket No. 31) in 4:15-cv-02490-DMR. ~~The Settlement Conference before Magistrate Judge Maria-Elena James is set for December 2, 2015, shall be continued to a date no later than March 1, 2015 or soon thereafter as is convenient to Judge James' calendar.~~

DATED:                              THE LAW OFFICES OF JOHN L. BURRIS

                                    By    /s/ Dewitt M. Lacy
                                           DEWITTT M. LACY, Esq.
                                           Attorney for Plaintiff,
                                           PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacori Calhoun

DATED:                              THE LAW OFFICES OF JOHN L. BURRIS

                                    By    /s/ Dewitt M. Lacy
                                           DEWITTT M. LACY, Esq.
                                           Attorney for Plaintiff,
                                           M.C., by and through his guardian ad litem, ARION GUILLORY

| | | |
|---|---|---|
| 1 | DATED: | EDRINGTON, SCHIRMER & MURPHY LLP |

DATED:                          EDRINGTON, SCHIRMER & MURPHY LLP

By     /s/ Dolores M. Donohoe
       Dolores M. Donohoe, Esq.
       Attorney for Defendants
       COUNTY OF ALAMEDA and
       DEREK THOMS

**ORDER** (AS MODIFIED)

Good cause appearing, it is so ordered.

DATED: December 3, 2015

By _____
   MAGISTRATE JUDGE DONNA M. RYU

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

3
STIPULATION TO CONSOLIDATE PURSUANT TO FRCP 42(a)
CASE NO.: 4:15-cv-02490-DMR and CASE NO.: 3:15-cv-04896-JST

DATED:                                    EDRINGTON, SCHIRMER & MURPHY LLP

By     /s/ Dolores M. Donohoe
       Dolores M. Donohoe, Esq.
       Attorney for Defendants
       COUNTY OF ALAMEDA and
       DEREK THOMS

**ORDER** (AS MODIFIED)

Good cause appearing, it is so ordered.

DATED: December 3, 2015

By _____
   MAGISTRATE JUDGE DONNA M. RYU

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge Donna M. Ryu)